Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DOLORES MURILLO HERRERA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DOLORES MURILLO HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>PARAMOUNT RECOVERY SERVICES, INC., an Ohio corporation, and FRANKLIN SCOTT CAUDILL, individually and in his official capacity,<br><br>    Defendants. | Case No. C07-03187-JW-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, DOLORES MURILLO HERRERA, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, DOLORES MURILLO HERRERA, hereby dismisses, with prejudice, all claims made by her against PARAMOUNT RECOVERY SERVICES, INC., and FRANKLIN SCOTT CAUDILL, in her Complaint filed herein on June 18, 2007. Plaintiff further notifies the Court that her dispute with the Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    DOLORES MURILLO HERRERA